AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Georgia

| | | |
|---|---|---|
| JOSEPH BRUMMETT, JUSTIN TOLAND, WILLIAM WYNN, and JAMES RANSOM<br><br>*Plaintiff(s)*<br>v.<br>GIRLS GALORE, INC., d/b/a Bliss Atlanta, NICHOLAS A. STERGION, and GEORGE NAZERIAN<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.<br>1:14-cv-4033 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Nicholas A. Stergion
3520 Waters Cove Way
Alpharetta, Georgia 30022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles R. Bridgers, Kevin D. Fitzpatrick, Jr. and Matthew W. Herrington
DeLong, Caldwell, Bridgers & Fitzpatrick, LLC
101 Marietta Street, Suite 3100
Atlanta, GA 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: _____12/19/2014_____         _____s/Anniva Renick_____
                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nicholas A. Stergion

was received by me on *(date)* 02/13/2015 .

☑ I personally served the summons on the individual at *(place)* Tease Gentlemens Club a/k/a Tease Atlanta, 2284 Cheshire Bridge Road, Atlanta, GA 30324 on *(date)* 03/11/2015 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 03/14/2015

*Debra Weiner* (signature)
*Server's signature*

Debra Weiner, Process Server
*Printed name and title*

P.O. Box 72318
Marietta, GA 30007-2318
*Server's address*

Additional information regarding attempted service, etc:
Defendant Nicholas A. Stergion was personally served on 03/11/2015 at 10:39AM in the parking lot of Tease Gentlemens Club a/k/a Tease Atlanta.