IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSEPH BRUMMETT, JUSTIN TOLAND, WILLIAM WYNN, and JAMES RANSOM, <br><br> Plaintiffs, <br><br> vs. <br><br> GIRLS GALORE, INC., d/b/a BLISS Atlanta, NICHOLAS A. STERGION, and GEORGE NAZERIAN. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action File No. <br> ) 1:14-cv-04033-AT <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have served counsel for Plaintiff in the above-styled action with a copy of the following documents

1. Defendant George Nazerian's Responses To Plaintiffs' First Set Of Interrogatories To George Nazerian;

2. Defendant George Nazerian's Responses To Plaintiffs' First Request For Admissions;

3. George Nazerian's Responses To Plaintiffs' First Continuing Requests For Production Of Documents To All Defendants;

4. Defendant Girls Galore, Inc. D/B/A Bliss Atlanta's Responses To Plaintiffs' First Set Of Interrogatories To Girls Galore Inc.;

5. Defendant Girls Galore, Inc. D/B/A Bliss Atlanta's Responses To Plaintiffs' First Request For Admissions; and

6. Girls Galore, Inc. D/B/A/ Bliss Atlanta's Responses To Plaintiffs' First Continuing Requests For Production Of Documents To All Defendants.

Said documents were served upon Plaintiffs' counsel via regular U.S. Mail with adequate postage thereon to, properly addressed as follows:

Kevin D. Fitzpatrick, Jr.
Charles R. Bridgers
Matthew W. Herrington
DeLong, Caldwell, Bridgers, Fitzpatrick & Benjamin, LLC
3100 Centennial Tower
101 Marietta Street
Atlanta, GA  30303

Stuart M. Mones
146 Nassau Street
Atlanta, GA 30303

This the 19th day of October, 2015.

FRYER, SHUSTER & LESTER, P.C.


 /s/ Jeffrey A. Powell
Jeffrey A. Powell
Georgia Bar No. 585982
Attorneys for Plaintiff

1050 Crown Pointe Parkway. Suite 410
Atlanta, Georgia  30338
(770) 668-9300